IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ALALI JAWAD, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-82-CDL-AGH |
| | * |
| WARDEN, STEWART DETENTION CENTER, *et al.*, | * |
| Respondents. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated 10/8/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of October, 2025.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk